CH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Mohmoud A. Albasery F/K/A Kassim Hussain Mohamed

**PLAINTIFF**

CASE NO. 08 C 219

VS.

U.S.A. Central Intelligency Agency

**DEFENDANT**

## NOTICE OF MOTION

TO: U.S.A. Central Intelligency Agency

On 1-16-2008, at 9:30 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE HIBBLER in Courtroom 1225 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _____

**FILED**

JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Name: Mohmoud A. Albasery
Address: 6135 N. Kildare Ave
City / Zip: Chicago, IL 60646
Telephone: 312-287-6777

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 16 day of 1-16, 2008 I served a copy of this notice to each person whom it is directed by way of _____

M.A. Albasery
**SIGNATURE / CERTIFICATION**

1-11-08
**DATE**