UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHMOUD ABDULLA ALBASERY , | ) | No. 08 C 219 |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Defendant, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for an extension of time to and including March 11, 2008, in which to file defendant's response to plaintiff's complaint. In support of this motion, defendant states as follows:

1.     Defendant's counsel erroneously believed that under Rule 12(a)(3), its response to the complaint was due on March 11, which is 60 days after being served.

2.     Recently, however, defendant realized that under 5 U.S.C. § 552 (a)(3)(c), which applies to this FOIA case,  its response is due on February 11, 2008, 30 days after being served.

3.     As a result of this error, defendant is not prepared to file its response and will need an additional 30 days to do so.

4.     Plaintiff's counsel does not oppose this motion.

**WHEREFORE,** defendants move this court for entry of an order allowing an extension of time to file defendant's response to plaintiff's complaint to March 11, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
    PATRICK W. JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov