UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHMOUD ABDULLA ALBASERY, | ) | No. 08 C 219 |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  Brodsky & Odeh
8 S. Michigan Avenue
Suite 3200
Chicago, IL  60603

Please take notice that on February 19, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Hibbler in the courtroom usually occupied by him, Room 1225 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Defendant's Unopposed Motion For Extension Of Time** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

was served on February 11, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov