UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mohmoud Abdulla Albasery
                                Plaintiff,

v.                                                      Case No.: 1:08−cv−00219
                                                         Honorable William J. Hibbler

United States of America, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Status hearing set. No one appears. Status hearing set for 3/27/2008 at 09:30 AM. Plaintiff is advised that failure to appear may result in dismissal for want of prosecution. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.